## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re MICHAEL WOLF,<br><br>Debtor.<br><br>---<br><br>N. NEVILLE REID, not individually, but solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Michael A. Wolf, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>SCOTT WOLF, MICHAEL WOLF, et al.,<br><br>Defendants-Appellants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 19-cv-01978<br><br>Consolidated Cases:<br>Nos. 18 C 07952, 18 C 07953, 19 C 01978, 19 C 08154, and 19 C 08299<br><br>Judge John J. Tharp, Jr.<br><br>(Bankr. No. 14 B 27066)<br>(Adv. Proc. 16 AP 00066)<br><br>BANKRUPTCY PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW under 28 U.S.C. §157(c) & BANKRUPTCY APPEAL under 28 U.S.C. §158(a) |

## **NOTICE OF FILING / NOTICE OF MOTION**

**To: See Attached Service List**

PLEASE BE ADVISED AND TAKE NOTICE that on November 18, 2022, the undersigned filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Debtor Michael Wolf And Party In Interest Scott Wolf's Motion To Finally Adjudicate The Underlying Bankruptcy Proceedings In The Interest Of Judicial Economy, And Omnibus Objection To Claims Numbered 10 And 11**.

PLEASE ALSO TAKE NOTICE of the letter sent via email to US Trustee Patrick S. Layng regarding this filing:

1

-----------------------------------------------------------------------------------------

Please see the attached motion to withdraw the reference and disallow Claims 10 and 11, which are the two false and fraudulent claims that were filed at the Trustee N. Neville Reid's direction, to create an artificial basis for his adversary proceedings against me (and others). These claims account for $5,594,783.72 of the total $5,694,000.15 of filed claims (98.3%). Legitimate claims total just $99,216.43.

The filings were knowingly false when they were made, and the Trustee used these knowingly false and fraudulent claims in his adversary proceedings to prove insolvency and weave a fabricated story of my alleged fraud.

As such, he is guilty of using the false claims (18 U.S.C. § 152(4)) that he directed to be filed as proof to aid in his seven attempts to receive a money judgment against me (he failed), and to deny my discharge (he succeeded, but he will ultimately lose once the scope of his fraud is exposed).

I expect the US Trustee to intervene and participate in the ongoing proceedings immediately.

The Trustee has refused to disallow these claims (even though it is his duty under 11 U.S.C. § 704(a)(5)), because when they are disallowed, his fraud will be exposed.

Elizabeth and her family paid the Trustee $112,635 to buy these adversary proceedings, and have the Trustee meddle, on Elizabeth's behalf, within the marital dissolution proceedings.

**When Elizabeth is ruled not to be a creditor (*which she isn't, under the law*), she will then realize that her bribes were (and are) worthless, and that the Trustee can't recover funds for distribution to her (since she had no right to payment from me). What will happen then? Will Elizabeth demand the $112,635 back? The bankruptcy estate has long since spent those funds to keep the sham going.**

I will keep demanding that my bankruptcy estate be administered correctly, and will keep pointing out the fraud that the Trustee has done upon me in his attempts to collect bribes to adjudicate the marital dissolution proceedings in the bankruptcy court.

Michael Wolf

-----------------------------------------------------------------------------------------

Dated: November 18, 2022

Prepared By:

Scott Wolf (304-769-9828)
scottwolf.0330@gmail.com
320 Central Avenue, Unit 141
Sarasota, Florida 34236

Respectfully Submitted,

/s/Scott Wolf
Scott Wolf, *pro se*

2

# CERTIFICATE OF SERVICE

I, Scott Wolf, hereby certify that I caused a true and correct copy of the foregoing *NOTICE OF FILING / NOTICE OF MOTION*, and the documents referred to therein, to be served on the parties listed below via third-party commercial carrier and/or mail, and/or via email, and/or via fax, as well as electronically via the Court's CM/ECF system (all as indicated below on the service list), on the 18th day of November, 2022.

**SERVICE LIST**

via ELECTRONIC MAIL (and via CM/ECF where noted):

| | | |
|---|---|---|
| N. Neville Reid | CM/ECF | nreid@foxswibel.com |
| Daniel Patrick Dawson | CM/ECF | adrag@nisen.com, ddawson@nisen.com |
| Catherine L. Steege | CM/ECF | docketing@jenner.com |
| | | csteege@jenner.com |
| Faye B. Feinstein | CM/ECF | faye.feinstein@quarles.com |
| Hailey Ann Varner | CM/ECF | HVarner@perkinscoie.com |
| Travis Jon Eliason | CM/ECF | Travis.Eliason@quarles.com |
| Holly A. Harrison | CM/ECF | hollyharrison@hlawllc.com |
| Jason Fitterer | CM/ECF | JasonFitterer@hlawllc.com |
| United States Trustee | | pat.s.layng@usdoj.gov |
| U.S. Bankruptcy Court, Clerk | | ilnb_appeals@ilnb.uscourts.gov |
| Elizabeth Wolf | | lizwolflegalproceedings@gmail.com |
| David I. Grund | | dgrund@grundlaw.com |
| Marvin J. Leavitt | | mleavitt@grundlaw.com |

via US MAIL:

ELIZABETH WOLF, 1420 SHERIDAN ROAD, HIGHLAND PARK, IL 60035
ELIZABETH WOLF, 1755 LAKE COOK ROAD, APT. 214 HIGHLAND PARK, IL 60035
MICHAEL KOENIGSBERGER, GRUND & LEAVITT, 812 N. DEARBORN ST., CHICAGO, IL 60610
DAVID I. GRUND, GRUND & LEAVITT, 812 N. DEARBORN ST., CHICAGO, IL 60610
MARVIN J. LEAVITT, GRUND & LEAVITT, 812 N. DEARBORN ST., CHICAGO, IL

Dated: November 18, 2022

Signed,

/s/Scott Wolf
Scott Wolf, *pro se*