**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

N. Neville Reid

                Plaintiff,

v.                                             Case No.: 1:19–cv–01978
                                                  Honorable John J. Tharp Jr.

Michael Wolf, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 21, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:Debtor Michael Wolf's motion to finally adjudicate the underlying bankruptcy proceeding [44] is denied without prejudice. The motion is premised in large part upon arguments the debtor has advanced in support of his motions for rehearing. The Court expects to rule on those motions soon. The debtor is afforded leave to file a new motion only after that ruling has been issued. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.