**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re MICHAEL WOLF, | ) | No. 19-cv-01978 |
| Debtor. | ) | |
| | ) | Consolidated Cases: |
| ---------------------------------------------- | ) | Nos. 18 C 07952, 18 C 07953, 19 C 01978, 19 C 08154, and 19 C 08299 |
| N. NEVILLE REID, not individually, but solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Michael A. Wolf, et al., | ) | Judge John J. Tharp, Jr. |
| | ) | (Bankr. No. 14 B 27066) |
| | ) | (Adv. Proc. 16 AP 00066) |
| Plaintiff, | ) | |
| v. | ) | BANKRUPTCY PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW under 28 U.S.C. §157(c) |
| SCOTT WOLF, MICHAEL WOLF, et al., | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL
TO
THE UNITED STATES COURT OF APPEALS
<u>FOR THE SEVENTH CIRCUIT</u>**

Notice is hereby given that Scott Wolf (and MMQB Inc as his alter-ego), Defendants in the above-captioned case (19-cv-01978), appeals to the United States Court of Appeals for the Seventh Circuit, (i) from the final judgment of the United States District Court for the Northern District of Illinois, Eastern Division, entered in this case on September 30, 2022 and Order of September 30, 2022 (District Court Docket Nos. 23-25) agreeing with and entering the Bankruptcy Court's proposed findings of fact and conclusions of law made on November 19, 2018, which recommended that the Trustee's motion seeking the entry of default judgment in

1

favor of the Trustee and against MMQB Inc (and therefore against Scott Wolf as alter-ego) in the amount of $2,100,000 be entered (Bankruptcy Court Adv. Proc. 16-ap-00066 Docket Nos. 654, 656, 658); (ii) from the Final Closing Order also dated September 30, 2022, but entered on the docket on October 3, 2022; (iii) from the Amended Judgment Order entered in this case on October 27, 2022 (District Court Docket Nos. 31, 32); (iv) from the Final Closing Order also dated October 27, 2022 but entered on the docket on October 28, 2022; and (v) from the Order and accompanying Minute Order Entry filed on December 8, 2022, which denied Scott's Motion for Reconsideration Under Fed. R. Civ. P. 59(e) (District Court Docket No. 47).

It should be noted that the final orders issued by the District Court from both the bankruptcy appeal and the Fed. R. Civ. P. 59(e) motion for reconsideration were consolidated orders that dealt with, disposed of and applied to all five of the consolidated cases, 18-cv-07952, 18-cv-07953, 19-cv-01978, 19-cv-08154 and 19-cv-08299.

Further, as part of such appeal, Scott Wolf seeks review of the Order and accompanying Minute Order Entry entered on November 21, 2022, which denied Scott's motion *For Withdrawal Of Reference To Finally Adjudicate The Underlying Bankruptcy Proceedings, In The Interest Of Judicial Economy, And Omnibus Objection To Claims Numbered 10 And 11* (District Court Docket Nos. 44-46).

Further, as part of such appeal, Scott Wolf (and MMQB Inc as his alter-ego), Defendants, also seek *original* review of the following orders of the Bankruptcy Court, entered by the Honorable Deborah L. Thorne in the captioned adversary proceeding (16-ap-00066):

    **Adv. Proc. Docket Number 723**    Filed 2/26/2019
    "Order granting in part and denying in part the Trustee's Motion to Alter or Amend Judgment/Order"

    **Adv. Proc. Docket Number 695**    Filed 12/21/2018
    "Order Denying Scott Wolf's Motion for Reconsideration"

    **Adv. Proc. Docket Numbers 656 and 658**   Filed 11/19/2018
    "Final Judgment Against Zig Zag Corp., ZZC, Inc., Michael Wolf and Scott Wolf"

    **Adv. Proc. Docket Number 654**    Filed 11/19/2018
    Related Memorandum Opinion

    **Adv. Proc. Docket Number 661**    Filed 11/20/2018   ORAL - (Reason: "Moot")
    "Order Mooting Motion For Summary Judgment (Related Doc # 591)"

    **Adv. Proc. Docket Number 643**    Filed 9/13/2018   ORAL (Reason: "Duplicative")
    "Order Denying for the Reasons Stated on the Record Motion to Dismiss Count(s) I, VII, XIII & XIV of Adversary Proceeding (Related Doc # 621), Denying for the Reasons Stated on the Record Motion For Judgment on the Pleadings (Related Doc # 621)"

    **Adv. Proc. Docket Number 636**    Filed 9/13/2018   ORAL (Reason: "Denied")
    "Order Denying for the Reasons Stated on the Record Motion to Set Aside Default (Related Doc # 629)"

    **Adv. Proc. Docket Number 635**    Filed 9/13/2018   ORAL (Reason: "Denied")
    "Order Denying for the Reasons Stated on the Record Motion for Leave (Related Doc # 625)"

    **Adv. Proc. Docket Number 606**    Filed 7/19/2018
    "Order Granting Motion to Consolidate Adversary Proceedings Lead Case 16 A 00066"

    **Adv. Proc. Docket Number 575**    Filed 5/24/2018
    "Order Granting Motion For Sanctions (Related Doc # 551)"

    **Adv. Proc. Docket Number 574**    Filed 5/24/2018
    "Opinion Order (RE: 551 Motion for Sanctions/Damages)"

**Adv. Proc. Docket Number 566**  Filed 4/10/2018
"Order Granting in Part, Continuing Motion For Sanctions (Related Doc # 551)"

**Adv. Proc. Docket Number 542**  Filed 3/2/2018
"First Order Granting Motion For Sanctions (Related Doc # 479)"

**Adv. Proc. Docket Number 475**  Filed 10/24/2017
"Order Granting Motion To Compel (Related Doc # 461)"

The names of all parties to the judgments, orders and/or decrees appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Appellant / Defendant: Scott Wolf**
320 Central Avenue, Unit 141
Sarasota, FL 34236
Email: scottwolf.0330@gmail.com
Phone: 304-769-9828
*PRO SE*

**Appellant / Defendant / Debtor: Michael Wolf**
320 Central Avenue, Unit 141
Sarasota, FL 34236
Email: wolflegalusa@gmail.com
Phone: 614-289-8960
*PRO SE*

**Defendant: ZZC Inc, MMQB Inc**
Scott Wolf asserts his constitutional authority to argue against the legal permissibility of the entry of judgments against entities that are being treated as alter-egos (or reverse alter-egos) of Scott Wolf, thereby creating personal liability and personal judgments against Scott Wolf.

**Defendant: Zig-Zag Corp**
Unrepresented.

4

**Appellee / Trustee / Plaintiff: N. Neville Reid**
Fox, Swibel, Levin & Carroll, LLP
200 W Madison St Ste 3000
Chicago, IL 60606
nreid@foxswibel.com
312-224-1200

Daniel Patrick Dawson
Nisen & Elliott, LLC
180 N. LaSalle Street
Suite 3600
Chicago, IL 60601
312-346-7800
Email: ddawson@nisen.com

Catherine L. Steege
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312)222-9350
Fax: Active
Email: csteege@jenner.com

United States Trustee
Office of the United States Trustee
219 South Dearborn Street
Suite 873
Chicago, IL 60604
(312) 886-5782
Email: pat.s.layng@usdoj.gov

Dated: January 6, 2023

Prepared By:

Scott Wolf (304-769-9828)
scottwolf.0330@gmail.com
320 Central Avenue, Unit 141
Sarasota, Florida 34236

Respectfully Submitted,

/s/Scott Wolf
Scott Wolf, *pro se*
320 Central Avenue, Unit 141
Sarasota, Florida 34236
304-769-9828
scottwolf.0330@gmail.com

## CERTIFICATE OF SERVICE

I, Scott Wolf, hereby certify that I caused a true and correct copy of the foregoing *NOTICE OF APPEAL*, and the documents referred to therein, to be served on the parties listed below via third-party commercial carrier and/or mail, and/or via email, and/or via fax, as well as electronically via the Court's CM/ECF system (all as indicated below on the service list), on the 6th day of January, 2023.

**SERVICE LIST**

via ELECTRONIC MAIL (and via CM/ECF where noted):

| | | |
|---|---|---|
| N. Neville Reid | CM/ECF | nreid@foxswibel.com |
| Daniel Patrick Dawson | CM/ECF | adrag@nisen.com, ddawson@nisen.com |
| Catherine L. Steege | CM/ECF | docketing@jenner.com |
| | | csteege@jenner.com |
| Michael Wolf, Peter Wolf | | wolflegalusa@gmail.com |
| United States Trustee | | pat.s.layng@usdoj.gov |
| U.S. Bankruptcy Court, Clerk | | ilnb_appeals@ilnb.uscourts.gov |

Dated: January 6, 2023

Signed,

/s/Scott Wolf
Scott Wolf, *pro se*
320 Central Avenue, Unit 141
Sarasota, Florida 34236
304-769-9828
scottwolf.0330@gmail.com