# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

N. Neville Reid

                      Plaintiff,

v.                                        Case No.: 1:19−cv−01978
                                                     Honorable John J. Tharp Jr.

Michael Wolf, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 25, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:The trustee's motion to show cause why debtor Michael Wolf should not be held in contempt [69] is granted. An in−person hearing in this matter will be held on 5/31/2023 at 10:30 a.m. in Courtroom 2303. Failure to appear may result in the debtor being held in contempt of Court. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.