# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

N. Neville Reid

                Plaintiff,

v.                                               Case No.: 1:19–cv–01978
                                                        Honorable John J. Tharp Jr.

Michael Wolf, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:In−person hearing held. Mr. Michael Wolf appeared by phone. Mr. Wolf's motion to quash citation, to strike plaintiffs motion for rule to show cause, and strike pending contempt hearing, all for improper service which was emailed to the court, is to be forwarded by the courtroom deputy to Plaintiff's counsel. Mr. Wolf is directed to file his pleading. Trustee's response is due by 6/7/23. A further order will be issued for any further hearings with notification to wolflegalusa@gmail.com. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.