# Exhibit 1

| | |
|---|---|
| **From:** | Daniel Dawson |
| **To:** | "wolflegalusa@gmail.com"; "Scott Wolf" |
| **Cc:** | "Reid, Neville" |
| **Bcc:** | |
| **Subject:** | N. Neville Reid, Trustee v. Wolf, et al. / Case 19-cv-01978 |
| **Date:** | Tuesday, May 9, 2023 4:36:00 PM |
| **Attachments:** | Motion For Rule To Show Cause Why Michael Wolf Should Not Be Held In Contempt [65] 05-09-23.pdf<br>Exhibit A to Motion For Rule To Show Cause Why Michael Wolf Should Not Be Held In Contempt [65-1] 05-09-23.pdf<br>Exhibit B to Motion For Rule To Show Cause Why Michael Wolf Should Not Be Held In Contempt [65-2] 05-09-23.pdf<br>Exhibit C to Motion For Rule To Show Cause Why Michael Wolf Should Not Be Held In Contempt [65-3] 05-09-23.pdf<br>Exhibit D to Motion For Rule To Show Cause Why Michael Wolf Should Not Be Held In Contempt [65-4] 05-09-23.pdf<br>Exhibit E to Motion For Rule To Show Cause Why Michael Wolf Should Not Be Held In Contempt [65-5] 05-09-23.pdf |

To All,

Attached are filed copies of: (1) the Trustee's Motion For Rule To Show Cause Why Michael Wolf Should Not Be Held In Contempt; and (2) the related exhibits.

*Daniel P. Dawson*

Nisen & Elliott, LLC

180 N. LaSalle Street, Suite 3600

Chicago, IL 60601

(ph) (312) 346-7800

Confidentiality Notice: The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this communication in error, please contact the sender immediately, delete the material from any computer and destroy all copies.