# Exhibit 3

| | |
|---|---|
| **From:** | Daniel Dawson |
| **To:** | "wolflegalusa@gmail.com"; "Scott Wolf (scottwolf.0330@gmail.com)" |
| **Cc:** | Reid, Neville |
| **Subject:** | Reid, Trustee v. Michael Wolf, Scott Wolf, and MMQB, Inc. / Case No. 19 cv 1978 / Copy of Order Granting Motion For A Rule To Show Cause Why Michael Wolf Should Not Be Held In Contempt ("Motion") and Ordering In Person Hearing on May 31, 2023 at 10:30 a.m |
| **Date:** | Friday, May 26, 2023 1:57:00 PM |
| **Attachments:** | MINUTE entry before the Honorable John J. Tharp, Jr [70] 05-25-23.pdf |

To Michael and Scott Wolf,

Attached is a copy of the order: (1) granting the Trustee's Motion For A Rule To Show Cause Why Michael Wolf Should Not Be Held In Contempt; and (2) <u>ordering an in person hearing on May 31, 2023 at 10:30 a.m. in Courtroom 2303</u>.

*Daniel P. Dawson*
Nisen & Elliott, LLC
180 N. LaSalle Street, Suite 3600
Chicago, IL 60601
(ph) (312) 346-7800

Confidentiality Notice: The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this communication in error, please contact the sender immediately, delete the material from any computer and destroy all copies.