# Exhibit 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br> Michael A. Wolf, <br> Debtor. <br> -------------------------------------------------- <br> N. Neville Reid, not individually but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Michael A. Wolf, <br>     Adversary Plaintiff, <br> v. <br> Michael Wolf, Scott Wolf, Peter Wolf, Zig-Zag, Corp. ZZC Inc., MMQB, Inc. Hound Ventures, Inc., SHBM, Inc. <br>     Adversary Defendants. <br> -------------------------------------------------- | Chapter 7 <br><br> Bankruptcy Case No.: 14-27066 <br><br> Judge: Honorable Deborah L. Thorne <br><br> **Adversary Proceeding No.:** <br> **16-00066** |

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 16 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

## SCOTT WOLF'S RESIDENCE AFFIDAVIT

STATE OF **Florida**
COUNTY OF **Sarasota**

PERSONALLY came and appeared before me, the undersigned Notary, the within named **Scott Wolf**, who is a resident of **Sarasota** County, State of **Florida**, and makes this his statement and Residence Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his knowledge:

I, Scott Wolf, currently reside at: 320 Central Ave, Unit 141, Sarasota, Florida, 34236
I, Scott Wolf, currently work at: 1680 Fruitville Rd, Unit 208, Sarasota, Florida, 34236
My mailing address: PO Box 963, Liberty Lake, Washington, 99019
My phone number: 304-769-9828.  My email address: scottwolf.0330@gmail.com

DATED this the 15 day of January, 2020

_____
Signature of Affiant

SWORN to and subscribed before me, this 15 day of January, 2020

_____
NOTARY PUBLIC

My Commission Expires:

PATRICK SCHUGG
Notary Public - State of Florida
Commission # GG 006959
My Comm. Expires Oct 24, 2020
Bonded through National Notary Assn.