# Exhibit 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Michael A. Wolf, | ) | |
| | ) | No. 19 C 1978 |
| Debtor. | ) | |
| | ) | |
| N. Neville Reid, not individually, but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Michael A. Wolf | ) | |
| | ) | (Bankruptcy Case No. 14 B 27066) |
| Plaintiff, | ) | |
| v. | ) | |
| MMQB, Inc., Michael Wolf, Scott Wolf, et al. | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL AFFIDAVIT OF H. GLENN FINLEY

Affiant, H. Glenn Finley, certify that I am over the age of 18, have no interest in the above action, am a Certified Process Server, in good standing, in the judicial circuit in which the documents were served, and I declare the following under penalty of perjury:

1. I served the documents referenced in my prior affidavit on April 21, 2023 on the adult person in the picture below who was identified to me as Michael Wolf. I also previously served Michael Wolf with a Subpoena To Testify At A Deposition In A Bankruptcy Case (Or Adversary Proceeding) on May 8, 2021 so I was familiar with Mr. Wolf.

2. Mr. Wolf refused to accept the documents on April 21, 2023, or turn around, and he drove away in a white Volkswagen while I was attempting to hand him the documents and then place them on the window of his car.



H. Glenn Finley,

Finely Investigative Network