# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

N. Neville Reid

                        Plaintiff,

v.                                                  Case No.: 1:19–cv–01978

                                                        Honorable John J. Tharp Jr.

Michael Wolf, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 9, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr: The Trustee's motion to compel turnover and deliver assets and proceeds, or alternatively for entry of judgment and for other relief [74] is taken under advisement. Any response is due by 8/18/123; reply due 8/25/23. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.