# Exhibit A

**ADVERTISING MEDIA KIT & RATES 2023**

The Monday Morning Quarterback

January 1, 2023



**QB** — The Contract Furniture Weekly



NeoCon — Media Partner

## STILL THE INDUSTRY STANDARD - SIMPLY THE BEST NEWS AND INFORMATION
























Powered by DesignNet

# QB

    
    
    
    
    

# MMQB

# Our Audience are THE Leaders.  Period.

## 1,681 issue Since 1990

### MMQB Reaches
### 93.8% of all Industry Suppliers and Manufacturers
### 86.3% of all Dealers
### 82.4% of all Reps
### 67.6% of the top Interior Firms
### and 1,000's of Specifiers, Buyers and Facility Managers
### EVERY WEEK!

## MAJOR Show Editorial Calendar for MMQB
January - December 2023

* Subject to change depending on how the pandemic progresses.

| Issue | Special Focus |
| --- | --- |
| April 17, 2023 | Salone International Furniture Issue |
| May 22, 2023 | Clerkenwell Design Week 2023 UK show coverage |
| May 22, 2023 | NeoCon 2023 Preview |
| May 29, 2023 | NeoCon 2023 Preview |
| June 5, 2023 | NeoCon 2023 Preview |
| June 12, 2023 | NeoCon 2023 Show Issue |
| June 19, 2023 | NeoCon 2023 post-show Issue |
| June 26, 2023 | NeoCon 2023 post-show wrap-up Issue |
| October 30, 2023 | Healthcare Design Expo 2023 pre-show coverage |
| November 6, 2023 | Healthcare Design Expo 2023 show issue |
| TBD | EDspaces 2023 |

MMQB will also be covering additional furniture shows during the year as they are announced.



# Base Rates and MMQB Products (rates effective January 1, 2023 - December 31, 2023)

### Monday Weekly "Print" Email Edition Newsletter Display Style Ads - (per week)
Display Advertising

| Ad Unit | 52X | >24X | 12X | 6X | 3X | 1X |
|---|---|---|---|---|---|---|
| Front Cover* | na | na | $3,475 | $3,600 | $3,800 | $4,100 |
| Inside Page 2 | $1,925 | $2,500 | $2,750 | $3,050 | $3,350 | $3,650 |
| Full page | $1,550 | $1,995 | $2,150 | $2,400 | $2,700 | $3,100 |
| 1/2 page | $800 | $1,025 | $1,225 | $1450 | $1,725 | $1,975 |

*Consult publisher for special cover layout with QB logo.

### Native Style Advertising in MMQB Weekly Email Newsletter (per week)

| Ad Unit | 1 year - 51X | 24X | 12X | 6X | 3X | 1X |
|---|---|---|---|---|---|---|
| PRESENTED BY banner | $500 | $600 | $700 | $800 | na | na |
| Block - Full size | $1,000 | $1,400 | $1,600 | $1,800 | $2,000 | $2,500 |
| Block - 1/2 size | $550 | $750 | $850 | $950 | $1,050 | $1,300 |
| Block - 1/3 size | $400 | $500 | $600 | $650 | $750 | $900 |

PRESENTED BY banner contains your logo and appears under the cover (page) at the top of the issue and is clickable (linked) to your site.

4

### Classified Advertising
**Help Wanted** is handled thru Contract.Careers

### PR Postings
Product press releases are free to run (at our discretion). Please note that our free posts only have basic features such as one product photo, link, etc. Free product postings remain on our officing.com site but are not available to be promoted beyond their original appearance. Free postings are placed as time permits during the week and are not guaranteed to run ASAP. Free posts for products do not appear on MMQB.com.

We also offer a **Premium PR Posting** (for products and services), including several marketing features that will significantly enhance the discovery process. This option is used to get your product or service in front of the design community, reaching thousands of commercial interior designers, corporate purchasers, specifiers, and dealers. Premium postings attract thousands of views and clicks from decision-makers and influential people in contract design.

Your Premium PR Post appears on the front page of **officing.com** and is available to subscribers and non-subscribers alike.

Your **Premium PR Posts** will also appear in **The Working Space**, our weekly briefing newsletter targeted to facility managers, the A&D community, specifiers and the broader commercial interiors user-base at large. We send **The Working Space** newsletter to thousands of Business-to-Business Consumers each week. Premium Posts are guaranteed to run and get the top spots in this publication as well.

Premium Postings are $100 per post. A package of 20 posts can be purchased for $995. A link on our website takes you to the posting form.

# MMQB & Officing Display Advertising Packages

For 2023 The MMQB Weekly Email Newsletter is offering a number of packages which offer significant discounts.

## 2023 - Bronze
An excellent starter package for first-time advertisers.

**$9,000.00**
Per Year - Start Anytime (save $8,100 over individual purchase)

1 Cover Advertisement
(non-NeoCon issue)

5 Full Page Advertisements
(1 NeoCon issue, 4 non-show issues)

Premium PR postings in MMQB, officing.com, and in The Working Space
(up to 10 per year)

1 company or product feature in MMQB
(written by you with assist from our editors)

## 2023 NeoCon Bundle
An excellent package for NeoCon only advertisers.

**$10,000.00**
Per Year (save $5,400 over individual purchase)

Ads have preferred placement and appear up front in the NeoCon issues.

6 Full Page Advertisements
(A full page in all NeoCon pre, post and show issues.))

Premium PR postings in MMQB, Officing.com, and in The Working Space
(up to 10))

1 company or product feature in MMQB
(written by you with assist from our editors)

(Package limited to first 10 advertisers. Reserve early)

## 2023-Silver
An excellent package for ongoing advertisers.

**$15,000.00**
Per Year - Start Anytime (save $19,200 over individual purchase)

2 Cover Advertisements
non-NeoCon issue

10 Full Page Advertisements
2 NeoCon issues, 8 non-show issues

Premium PR postings in MMQB, and in officing.com
(up to 20 per year). Premium positioning, multi images, with links and hosting/display of product video and downloadable media

2 native company or product features in MMQB
(written by you with assist from our editors)

Website video banner (large) on officing.com, and on MMQB.com for 8 weeks, can include NeoCon weeks.

## 2023-Gold
An excellent package for ongoing advertisers who want maximum exposure.

**$25,000.00**
Per Year - Start Anytime (save $39,275 over individual purchase)

3 Cover Advertisements
1 NeoCon issue

25 Full Page Advertisements
All NeoCon issues, 20 non-show issues

Premium PR postings in MMQB, and in The Working Space (up to 30 per year). Premium positioning, multi-images, with links and hosting/display of product video and downloadable media

4 native company or product features in MMQB.
(throughout the year, written for you with by our editors with assist from our editors)

Website video banner (large) on MMQB for 24 weeks, including all NeoCon weeks.

5


# Creative Specifications: Native Ads

**Banner Specifications**
"Presented By" placements contain a logo with a link only, and appear under the cover of the publication at the top.
Banner placements contain a button and up to three lines of type. Banner placements run throughout the issue and are approximately 1" in depth.

Native ad blocks are produced in-house. You supply copy, image(s), links, and logo (transparent). We will produce the ad for you and submit to you for approval before it runs. All native ads contain a call-to-action link or button.

Native ads blocks are available in three sizes - Full page, 1/2 page and 1/3 page.
Full page is approximately 12 inches in length, 1/2 approximately 6 inches in length, and 1/3 page 3 inches in length.

Ads and space reservations should be e-mailed to: ads@mmqb.com

# Creative Specifications: Display Ads
Print display advertising should be delivered as a PDF file in the exact size as listed below.

Front cover, back cover, full page and spreads will bleed to the edge, but no trim space is necessary. Creative should be the exact size as required, and will bleed to the edge of the file. What you see is what you get with MMQB.

Please see the following page for PDF file format specifications.



| Full Page | 1/2 Page |
|---|---|
| WxH 8.5" x 11" **Bleed Size** 8.5" x 11" | WxH 7.5" x 4.82" |

Also Front* Cover
*Contact us for front cover instructions, must leave room for MMQB masthead.