# Exhibit 8

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$1,810.25 USD  Date: Tuesday, March 10, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of One Thousand Eight Hundred Ten Dollars and Twenty Five Cents ($1,810.25), United States Dollars, together with interest of 11.99%, per annum, from the 10th day of March, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000138

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_M_ 3-10-15
[Maker's signature]

_MICHAEL ULF_
[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000139

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$5,000.00 USD  Date: Tuesday, April 07, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Five Thousand Dollars and No Cents ($5,000.00), United States Dollars, together with interest of 11.99%, per annum, from the 7th day of April, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000140

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_[signature]_     4-7-15

[Maker's signature]

_Michael Wolt_

[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

[Maker's address for all notices given by Holder under this Note]

_Liberty Lake, Washington, 99019_

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000141

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note – State of Washington**

$5,331.75 USD   Date: Tuesday, April 07, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Five Thousand Three Hundred Thirty One Dollars and Seventy Five Cents ($5,331.75), United States Dollars, together with interest of 11.99%, per annum, from the 7th day of April, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000142

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_[signature]_ 4-7-15

[Maker's signature]

MICHAEL WOLF

[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66

[address line]

Liberty Lake, Washington, 99019

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000143

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$2,725.68 USD  Date: Friday, May 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Two Thousand Seven Hundred Twenty Five Dollars and Sixty Eight Cents ($2,725.68), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of May, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000144

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_5-1-15_

[Maker's signature]

_MICHAL WOLF_
[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000145

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$2,747.89 USD  Date: Monday, June 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Two Thousand Seven Hundred Forty Seven Dollars and Eighty Nine Cents ($2,747.89), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of June, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000146

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_____     6-2-15
[Maker's signature]

MICHAEL WOLF
[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66
_____

Liberty Lake, Washington, 99019
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000147

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$25,000.00 USD      Date: Wednesday, November 12, 2014

FOR VALUE RECEIVED, Michael A. Wolf, of 160 E Illinois St, Apartment 2207, Chicago, Illinois, 60611, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Twenty Five Thousand  Dollars and No Cents ($25,000.00), United States Dollars, together with interest of 11.99%, per annum, from the 12th day of  November, 2014, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

11-1) -14

[Maker's signature]

MICHAEL WOLF
[Maker's typed or printed name]

160 E Illinois St, Apartment 2207

Chicago, Illinois, 60611

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$400.00 USD     Date: Sunday, February 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Hundred Dollars and No Cents ($400.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of February, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_5-1-15_

_____
[Maker's signature]

_Michael Univ_

_____
[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_____

_Liberty Lake, Washington, 99019_

_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000151

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$400.00 USD          Date: Sunday, March 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Hundred Dollars and No Cents ($400.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of March, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000152

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

*3-1-15*

[Maker's signature]

[Maker's typed or printed name]

*22809 E Country Vista Drive, Apartment 66*

*Liberty Lake, Washington, 99019*

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000153

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$400.00 USD      Date: Wednesday, April 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Hundred Dollars and No Cents ($400.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of April, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000154

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

*[signature]* 4/15

[Maker's signature]

*MICHAEL WOLF*

[Maker's typed or printed name]

*22809 E Country Vista Drive, Apartment 66*

*Liberty Lake, Washington, 99019*

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000155

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$400.00 USD    Date: Friday, May 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Hundred Dollars and No Cents ($400.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of May, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000156

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

[Maker's signature]

[Maker's typed or printed name]

*22809 E Country Vista Drive, Apartment 66*

*Liberty Lake, Washington, 99019*

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000157

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$247.19 USD     Date: Thursday, March 19, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Two Hundred Forty Seven Dollars and Nineteen Cents ($247.19), United States Dollars, together with interest of 11.99%, per annum, from the 19th day of March, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000158

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

3-19-15

_____
[Maker's signature]

Michael Wolf

_____
[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66

_____

Liberty Lake, Washington, 99019

_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000159

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$247.19 USD · Date: Sunday, April 19, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Two Hundred Forty Seven Dollars and Nineteen Cents ($247.19), United States Dollars, together with interest of 11.99%, per annum, from the 19th day of April, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000160

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_____    4-19-15

[Maker's signature]

MICHAEL WOLF
[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66
_____

Liberty Lake, Washington, 99019
_____

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000161

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$247.19 USD     Date: Tuesday, May 19, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Two Hundred Forty Seven Dollars and Nineteen Cents ($247.19), United States Dollars, together with interest of 11.99%, per annum, from the 19th day of May, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000162

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_[signature]_          5-20-15
_____
[Maker's signature]

_Michael Wolf_
_____
[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_
_____

_Liberty Lake, Washington, 99019_
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000163

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$247.19 USD      Date: Friday, June 19, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Two Hundred Forty Seven Dollars and Nineteen Cents ($247.19), United States Dollars, together with interest of 11.99%, per annum, from the 19th day of  June, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000164

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_6-14-15_

[Maker's signature]

_Michael Wolf_

[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000165

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$217.00 USD     Date: Wednesday, October 01, 2014

FOR VALUE RECEIVED, Michael A. Wolf, of 160 E Illinois St, Apartment 2207, Chicago, Illinois, 60611, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Two Hundred Seventeen Dollars and No Cents ($217.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of October, 2014, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000166

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_[signature]_      10-1-14

[Maker's signature]

_MICHAEL WOLF_

[Maker's typed or printed name]

_160 E Illinois St, Apartment 2207_

_Chicago, Illinois, 60611_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000167

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$650.00 USD     Date: Thursday, January 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Six Hundred Fifty Dollars and No Cents ($650.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of January, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000168

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

[Maker's signature]

[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66

Liberty Lake, Washington, 99019

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000169

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$650.00 USD     Date: Sunday, February 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Six Hundred Fifty Dollars and No Cents ($650.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of February, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000170

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_____      2-1-15
[Maker's signature]

MICHAEL WOLF
[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66

Liberty Lake, Washington, 99019
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000171

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note – State of Washington**

$650.00 USD     Date: Sunday, March 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Six Hundred Fifty Dollars and No Cents ($650.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of March, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000172

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_(signature)_     3-1-15
_____
[Maker's signature]

_Michael Wolf_
_____
[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_
_____

_Liberty Lake, Washington, 99019_
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000173

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Demand Promissory Note - State of Washington

$650.00 USD    Date: Wednesday, April 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Six Hundred Fifty  Dollars and No Cents ($650.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of  April, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000174

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

4-1-15

_____
[Maker's signature]

MICHAEL WOLF
_____
[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66
_____

Liberty Lake, Washington, 99019
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000175

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$650.00 USD    Date: Friday, May 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Six Hundred Fifty Dollars and No Cents ($650.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of May, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000176

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

5-1-15

[Maker's signature]

*Michael WL*

[Maker's typed or printed name]

*22809 E Country Vista Drive, Apartment 66*

*Liberty Lake, Washington, 99019*

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000177

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$1,231.21 USD   Date: Monday, June 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of One Thousand Two Hundred Thirty One Dollars and Twenty One Cents ($1,231.21), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of June, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000178

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_G-1-15_

_____
[Maker's signature]

_Michael Wolf_
_____
[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_
_____

_Liberty Lake, Washington, 99019_
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$10,000.00 USD      Date: Tuesday, June 23, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Ten Thousand Dollars and No Cents ($10,000.00), United States Dollars, together with interest of 11.99%, per annum, from the 23rd day of June, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_(signature)_      6-23-15

[Maker's signature]

_MICHAEL WOLF_

[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000181

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$147.70 USD    Date: Wednesday, July 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of One Hundred Forty Seven Dollars and Seventy Cents ($147.70), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of July, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000182

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_7-1-15_

[Maker's signature]

MICHAEL Wolf

[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000183

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$400.00 USD     Date: Monday, September 01, 2014

FOR VALUE RECEIVED, Michael A. Wolf, of 160 E Illinois St, Apartment 2207, Chicago, Illinois, 60611, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Hundred Dollars and No Cents ($400.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of September, 2014, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000184

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_(signature)_ 9-2-14

[Maker's signature]

MICHAEL WOLF

[Maker's typed or printed name]

160 E Illinois St, Apartment 2207

Chicago, Illinois, 60611

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000185

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$975.55 USD    Date: Thursday, January 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Nine Hundred Seventy Five Dollars and Fifty Five Cents ($975.55), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of January, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000186

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_[signature]_                    _1-1-15_
[Maker's signature]

_Michael Wh_
[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000187

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$1,135.21 USD   Date: Sunday, February 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of One Thousand One Hundred Thirty Five Dollars and Twenty One Cents ($1,135.21), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of February, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000188

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_[signature]_     2-1-15

[Maker's signature]

_Mirken WA_

[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000189

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note – State of Washington

$1,053.36 USD   Date: Sunday, March 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of One Thousand Fifty Three Dollars and Thirty Six Cents ($1,053.36), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of March, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000190

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_____    3-2-15

[Maker's signature]

_____

[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66
_____

Liberty Lake, Washington, 99019
_____

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$871.21 USD     Date: Wednesday, April 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Eight Hundred Seventy One Dollars and Twenty One Cents ($871.21), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of April, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000192

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_____        4-1-15

[Maker's signature]

Michael West
_____
[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66
_____

Liberty Lake, Washington, 99019
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000193

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$948.36 USD     Date: Friday, May 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Nine Hundred Forty Eight Dollars and Thirty Six Cents ($948.36), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of May, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000194

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_____     1-1-15
[Maker's signature]

_____
[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_
_____

_Liberty Lake, Washington, 99019_
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MV000195

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$914.32 USD      Date: Wednesday, July 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Nine Hundred Fourteen Dollars and Thirty Two Cents ($914.32), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of  July, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000196

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_____          7-1-15
[Maker's signature]

_Michael Wolf_
[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000197

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$3,492.00 USD   Date: Tuesday, November 18, 2014

FOR VALUE RECEIVED, Michael A. Wolf, of 160 E Illinois St, Apartment 2207, Chicago, Illinois, 60611, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Three Thousand Four Hundred Ninety Two Dollars and No Cents ($3,492.00), United States Dollars, together with interest of 11.99%, per annum, from the 18th day of November, 2014, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000198

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_(signature)_ 11-20-14
[Maker's signature]

MICHAEL WOLF
[Maker's typed or printed name]

160 E Illinois St, Apartment 2207

Chicago, Illinois, 60611

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000199

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$4,174.70 USD   Date: Wednesday, December 03, 2014

FOR VALUE RECEIVED, Michael A. Wolf, of 160 E Illinois St, Apartment 2207, Chicago, Illinois, 60611, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Thousand One Hundred Seventy Four Dollars and Seventy Cents ($4,174.70), United States Dollars, together with interest of 11.99%, per annum, from the 3rd day of December, 2014, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000200

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_____ 12-3-14
[Maker's signature]

MICHAEL WOLF
[Maker's typed or printed name]

160 E Illinois St, Apartment 2207

Chicago, Illinois, 60611
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000201

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$15,000.00 USD          Date: Monday, December 15, 2014

FOR VALUE RECEIVED, Michael A. Wolf, of 160 E Illinois St, Apartment 2207, Chicago, Illinois, 60611, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Fifteen Thousand Dollars and No Cents ($15,000.00), United States Dollars, together with interest of 11.99%, per annum, from the 15th day of December, 2014, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000202

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

12-16-14

[Maker's signature]

MICHAEL WOLF

[Maker's typed or printed name]

160 E Illinois St, Apartment 2207

Chicago, Illinois, 60611

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000203

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

### Demand Promissory Note - State of Washington

$3,367.50 USD  Date: Wednesday, December 31, 2014

FOR VALUE RECEIVED, Michael A. Wolf, of 160 E Illinois St, Apartment 2207, Chicago, Illinois, 60611, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Three Thousand Three Hundred Sixty Seven Dollars and Fifty Cents ($3,367.50), United States Dollars, together with interest of 11.99%, per annum, from the 31st day of December, 2014, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000204

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_signature_ 12-31-14

[Maker's signature]

MICHAEL WOLF

[Maker's typed or printed name]

160 E Illinois St, Apartment 2207

Chicago, Illinois, 60611

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000205

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$1,060.65 USD  Date: Tuesday, February 10, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending \*\*\*-\*\*-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of One Thousand Sixty Dollars and Sixty Five Cents ($1,060.65), United States Dollars, together with interest of 11.99%, per annum, from the 10th day of February, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000206

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_____     2-11-15
[Maker's signature]

_MICHAEL WERK_
[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019._

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000207

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$8,000.00 USD  Date: Tuesday, February 10, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Eight Thousand  Dollars and No Cents ($8,000.00), United States Dollars, together with interest of 11.99%, per annum, from the 10th day of  February, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000208

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_____       2-10-15

[Maker's signature]

_____
MICHAEL WELL
[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66
_____

Liberty Lake, Washington, 99019
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000209

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$2,000.00 USD  Date: Monday, February 23, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Two Thousand Dollars and No Cents ($2,000.00), United States Dollars, together with interest of 11.99%, per annum, from the 23rd day of February, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000210

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

2-23-14

[Maker's signature]

Michael Cwak

[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66

Liberty Lake, Washington, 99019

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000211

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$650.00 USD    Date: Monday, June 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Six Hundred Fifty Dollars and No Cents ($650.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of June, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000212

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

*6-1-15*

[Maker's signature]

[Maker's typed or printed name]

*22809 E Country Vista Drive, Apartment 66*

*Liberty Lake, Washington, 99019*

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000213

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$650.00 USD       Date: Wednesday, July 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending **\*-\*\*-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Six Hundred Fifty Dollars and No Cents ($650.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of July, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000214

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

[Maker's signature]

[Maker's typed or printed name]

*22809 E Country Vista Drive, Apartment 66*

*Liberty Lake, Washington, 99019*

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000215

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$400.00 USD     Date: Monday, June 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Hundred Dollars and No Cents ($400.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of June, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000216

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_[signature]_     6-1-1+

[Maker's signature]

_Michael Walt_

[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000217

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$400.00 USD    Date: Wednesday, July 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Hundred Dollars and No Cents ($400.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of July, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_7-1-15_

[Maker's signature]

MICHAEL WOLF

[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000219

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note – State of Washington**

$247.19 USD    Date: Monday, January 19, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Two Hundred Forty Seven Dollars and Nineteen Cents ($247.19), United States Dollars, together with interest of 11.99%, per annum, from the 19th day of January, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

AG/MW000220

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_____  1-9-15
[Maker's signature]

_____  Michael Miller
[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_
_____

_Liberty Lake, Washington, 99019_
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000221

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$247.19 USD    Date: Thursday, February 19, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Two Hundred Forty Seven Dollars and Nineteen Cents ($247.19), United States Dollars, together with interest of 11.99%, per annum, from the 19th day of February, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000222

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

this Note, the terms of this Note shall prevail.

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_[signature]_          2-19-15

[Maker's signature]

_Michael Volz_

[Maker's typed or printed name]

_22809 E Country Vista Drive, Apartment 66_

_Liberty Lake, Washington, 99019_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000223

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$400.00 USD      Date: Wednesday, October 01, 2014

FOR VALUE RECEIVED, Michael A. Wolf, of 160 E Illinois St, Apartment 2207, Chicago, Illinois, 60611, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Hundred Dollars and No Cents ($400.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of October, 2014, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000224

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_[signature]_     _10-1-14_
[Maker's signature]

_Michael Wolf_
[Maker's typed or printed name]

_160 E Illinois St, Apartment 2207_

_Chicago, Illinois, 60611_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000225

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Demand Promissory Note - State of Washington

$400.00 USD    Date: Saturday, November 01, 2014

FOR VALUE RECEIVED, Michael A. Wolf, of 160 E Illinois St, Apartment 2207, Chicago, Illinois, 60611, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Hundred Dollars and No Cents ($400.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of November, 2014, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000226

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_[signature]_          11-1-14

[Maker's signature]

_Michal Wolf_

[Maker's typed or printed name]

_160 E Illinois St, Apartment 2207_

_Chicago, Illinois, 60611_

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000227

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$400.00 USD    Date: Monday, December 01, 2014

FOR VALUE RECEIVED, Michael A. Wolf, of 160 E Illinois St, Apartment 2207, Chicago, Illinois, 60611, social security number ending ***-**-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Hundred Dollars and No Cents ($400.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of December, 2014, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000228

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_(signature)_     12-1-14
_____
[Maker's signature]

_Michael Wolt_
_____
[Maker's typed or printed name]

_160 E Illinois St, Apartment 2207_
_____

_Chicago, Illinois, 60611_
_____
[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000229

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Demand Promissory Note - State of Washington**

$400.00 USD      Date: Thursday, January 01, 2015

FOR VALUE RECEIVED, Michael A. Wolf, of 22809 E Country Vista Drive, Apartment 66, Liberty Lake, Washington, 99019, social security number ending \*\*\*-\*\*-1455, hereinafter "Maker", promises to pay to the order of Scott B. Wolf, hereinafter "Holder", the principal sum of Four Hundred Dollars and No Cents ($400.00), United States Dollars, together with interest of 11.99%, per annum, from the 1st day of January, 2015, on the unpaid balance. The entire principal and any accrued interest shall be fully and immediately payable **UPON DEMAND** of any holder thereof, at 93 S Jackson Street, Seattle, WA 98104, or other such places as may be designated by the Holder from time to time.

**DEFAULT INTEREST:** Failure to make any payment, any unpaid principal shall accrue interest at the rate of 29.99% percent (29.99%) per annum OR the maximum rate allowed by law, whichever is less, during such period of Maker's default under this Note.

**ALLOCATION OF PAYMENTS:** Each payment shall be credited first to any late charge due, second to interest, and the remainder to principal.

**PREPAYMENT:** Maker may prepay all or part of the balance owed under this Note at any time without penalty.

**CURRENCY:** All principal and interest payments shall be made in lawful money of the United States.

**ATTORNEYS' FEES AND COSTS:** Maker shall pay all costs incurred by Holder in collecting sums due under this Note after a default, including reasonable attorneys' fees, whether or not suit is brought. If Maker or Holder sues to enforce this Note or obtain a declaration of its rights hereunder, the prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding (including those incurred in any bankruptcy proceeding or appeal) from the non-prevailing party.

**WAIVER OF PRESENTMENTS:** Maker waives presentment for payment, notice of dishonor, protest and notice of protest.

**SEVERABILITY:** If any clause or any other portion of this Note shall be determined to be void or unenforceable for any reason, such determination shall not affect the validity or enforceability of any other clause or portion of this Note, all of which shall remain in full force and effect.

**INTEGRATION:** There are no verbal or other agreements which modify or affect the terms of this Note. This Note may not be modified or amended except by written agreement signed by Maker and Holder.

**CONFLICTING TERMS:** In the event of any conflict between the terms of this Note and the terms of any Deed of Trust or other instruments securing payment of this Note, the terms of this Note shall prevail.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000230

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXECUTION:** Each Maker executes this Note as a principal and not as a surety. If there is more than one Maker, each such Maker shall be jointly and severally liable under this Note.

**NON-WAIVER:** No failure or delay by Holder in exercising Holder's rights under this Note shall be a waiver of such rights.

**ORAL AGREEMENTS:** ORAL AGREEMENTS OR ORAL COMMITMENTS TO LOAN MONEY, TO EXTEND CREDIT, OR TO FOREBEAR FROM ENFORCING REPAYMENT OF A DEBT ARE NOT ENFORCEABLE UNDER WASHINGTON LAW.

**GOVERNING LAW.** This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Washington, without regard to its conflict of laws rules.

**DEFINITIONS:** The word Maker shall be construed interchangeably with the words Borrower or Payer and the word Holder shall be construed interchangeably with the words Lender or Payee. In this Note, singular and plural words shall be construed interchangeably as may be appropriate in the context and circumstances to which such words apply.

Upon default in making payment within 30 days of demand, and providing this note is turned over for collection, the undersigned agree to pay all reasonable legal fees and costs of collection to the extent permitted by law. This note shall take effect as a sealed instrument and be enforced in accordance with the laws of the State of Washington. All parties to this note waive presentment, notice of non-payment, protest and notice of protest, and agree to remain fully bound notwithstanding the release of any party, extension or modification of terms, or discharge of any collateral for this note.

**NOTICE TO BORROWER: THIS IS A DEMAND NOTE AND SO MAY BE COLLECTED BY THE LENDER AT ANY TIME. A NEW NOTE MUTUALLY AGREED UPON AND SUBSEQUENTLY ISSUED MAY CARRY A HIGHER OR LOWER RATE OF INTEREST.**

_1-2-15_

[Maker's signature]

MICHAEL WOLF

[Maker's typed or printed name]

22809 E Country Vista Drive, Apartment 66

Liberty Lake, Washington, 99019

[Maker's address for all notices given by Holder under this Note]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AG/MW000231