# Exhibit 14

Case 16-00066  Doc 656  Filed 11/19/18  Entered 11/19/18 17:05:08  Desc Main
Document  Page 1 of 2

2020 CA 4395 NC

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 14-27066
Michael Wolf )
 )
 ) Chapter: 7
 )
 ) Honorable Deborah L. Thorne
 )
 Debtor(s) )
N. Neville Reid, not individually, but solely in his ) Adv. No.: 16-00066
capacity as trustee )
 ) **RECORDED IN OFFICIAL RECORDS**
 Plaintiff(s) **INSTRUMENT # 2020148312  4  PG(S)**
Zig Zag Corp., ZZC, Inc., Michael Wolf, Scott Wolf, Peter )
Wolf, SHBM, Inc., Hound Ventures, Inc., MMQB, Inc. ) **10/23/2020 3:45 PM**
 ) **KAREN E. RUSHING**
 Defendant(s) ) **CLERK OF THE CIRCUIT COURT**
 **SARASOTA COUNTY, FLORIDA**
 **CIVIL COURTS**
**Final Judgment Against Zig Zag Corp., ZZC, Inc., Michael Wolf and Scott Wolf** Receipt # 2577984

Pursuant to Federal Rules of Civil Procedure 54, 55, and 58, as incorporated by the Federal Rules of Bankruptcy Procedure, and in accordance with this court's memorandum opinion, it is hereby ORDERED, ADJUDGED, and DECREED that:
(1) This judgment is final, and there is no just reason for delay;
(2) As to the transfer of the MMQB Business from Zig Zag Corporation to ZZC, Inc., and pursuant to section 550(a)(2), the court finds in favor of the trustee and against Scott Wolf on Counts 1, 7, 8, and 9;
(3) As to the transfer of the ZZC, Inc. stock from Michael Wolf to Scott Wolf, and pursuant to section 550(a)(1), the court finds in favor of the trustee and against Scott Wolf on Counts 5, 6, 7, 8, and 9;
(4) The court finds in favor of the trustee and against Scott Wolf on Count 12;
(5) The court finds in favor of the trustee and against Michael Wolf on Counts 15, 16, 17, and 18;
(6) As to the transfer of the MMQB Business from Zig Zag Corporation to ZZC, Inc., and pursuant to section 550(a)(1), the court finds in favor of the trustee and against ZZC, Inc. on Counts 1, 7, 8, and 9;
(7) As to the preferential transfers made by Michael Wolf to ZZC, Inc., and pursuant to section 550(a)(1), the court finds in favor of the trustee and against ZZC, Inc. on Count 10;
(8) Judgment is not entered against MMQB, Inc. on Counts 1, 7, 8, and 9 for the sole reason that MMQB, Inc. has not consented to this court's final adjudication of Count 1;
(9) On all other counts not mentioned, the court finds against the trustee, but only with respect to the Defendants named in the caption above;
(10) The trustee is hereby awarded, and Scott Wolf shall pay to the trustee, the sum of $2,100,000;
(11) The trustee is hereby awarded, and ZZC, Inc. shall pay to the trustee, the sum of $2,100,000;
(12) The trustee is hereby awarded, and ZZC, Inc. shall pay to the trustee, the sum of $234,395.68;

Rev: 20170308_apo

**A-127**

(13) As to paragraphs 10 and 11 of this judgment order, the trustee is entitled to a single satisfaction only; AND

(14) Michael Wolf's bankruptcy discharge is hereby denied.

Enter:

*[signature]*

United States Bankruptcy Judge

Dated: 11/19/2018

This is to certify that the within and attached document is a full, true, and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

JEFFREY P. ALLSTEADT
CLERK OF COURT
By *[signature]*
Deputy Clerk
Dated 8-11-26

Rev: 20170308_apo

A-128