## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

N. Neville Reid

                        Plaintiff,

v.                                                     Case No.: 1:19−cv−01978
                                                          Honorable John J. Tharp Jr.

Michael Wolf, et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 2, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's Renewed Motion to Compel Turnover and Delivery of Assets Or, Alternatively, For Entry of Judgment [93] is taken under advisement. Response due 1/23/25; Reply due 2/6/25. Plaintiff#039;s motions for leave to file documents under seal [94] and to file excess pages [96] are granted. The unredacted document [95], provisionally under seal pending order, is permitted to remain under seal. By 1/10/25, Mr. Wolf may file a public version of the document that contains his proposed redactions on the docket. If Mr. Wolf does not do so, Plaintiff is given leave to file the document with Plaintiff's proposed redactions on 1/13/25. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.