# Exhibit 11A
REDACTED



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 06, 2020 through November 30, 2020
Account Number: [redacted]2511

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00300302 DRE 021 210 33620 NNNNNNNNNNN 1 000000000 64 0000
MICHAEL WOLF
[redacted]
SARASOTA FL 34236-5125

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 20 | 6,762.49 |
| ATM & Debit Card Withdrawals | 16 | -573.96 |
| Electronic Withdrawals | 4 | -1,115.87 |
| Fees | 1 | -10.00 |
| **Ending Balance** | **41** | **$5,062.66** |

Here's how your activity can help you avoid the $15.00 monthly service fee: the fee is waived if any of the following is achieved over the statement period:

- Minimum Daily Balance[1] of $2,000.00 or more 11/06/2020 – 11/29/2020
- Spend at least $2,000.00 in purchases using your Chase Ink® Business Card(s)[2]
- Accept deposits of $2,000.00 or more into your Chase Business Complete Checking account through QuickAccept[SM] or other Chase Merchant Services at least one day prior to the last day[3] of your checking account statement period 11/06/2020 – 11/29/2020

Here's a summary of your activity period:

- Minimum Daily Balance[1]: $0.00
- Chase Ink® Business Card(s)[2] purchases: $0.00
- QuickAccept and Chase Merchant Services deposits into your account: $0.00

1. Minimum Daily Balance must be maintained as of the beginning of the day for each day of the statement cycle.
2. Based on aggregated spending (minus returns or refunds) where theChase Ink® Business Card(s) share a business entity legal name with the Chase Business Complete Checking account, using each of their most recently completed monthly card billing period(s).
3. The cutoff time on this business day is 7 a.m. Eastern Time. For example, if your monthly bank account cycle ends on November 30,the cutoff for QuickAccept or other Chase Merchant Services account(s) deposits into your Chase Business Complete Checking account is 7 a.m. Eastern Time on November 29

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/09 | Online Transfer From Chk ...7880 Transaction#: 10609225869 | $50.00 |
| 11/12 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000010455960 Eed:201112 Ind ID:St-C6T9G8D5P3L1 Ind Name:Mmqb Trn: 3170455960Tc | 870.09 |
| 11/12 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000010454163 Eed:201112 Ind ID:St-O8I0R0G3H8T1 Ind Name:Mmqb Trn: 3170454163Tc | 519.22 |
| 11/12 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000020716153 Eed:201112 Ind ID:St-F5A0Q4G1F4P5 Ind Name:Mmqb Trn: 3170716153Tc | 57.21 |



November 06, 2020 through November 30, 2020
Account Number: [redacted]2511

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/18 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000018667513 Eed:201118 Ind ID:St-D2P0J2F3V5P7 Ind Name:Mmqb Trn: 3238667513Tc | 1,153.60 |
| 11/18 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000018646011 Eed:201118 Ind ID:St-G6N1G5J7V4V2 Ind Name:Mmqb Trn: 3238646011Tc | 290.03 |
| 11/18 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000020992794 Eed:201118 Ind ID:St-M0U9Z2K4E1Q7 Ind Name:Mmqb Trn: 3230992794Tc | 86.04 |
| 11/18 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000020992783 Eed:201118 Ind ID:St-S1Y0B8W6C1V5 Ind Name:Mmqb Trn: 3230992783Tc | 76.28 |
| 11/20 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000019036194 Eed:201120 Ind ID:St-M3S3C9F7P2N8 Ind Name:Mmqb Trn: 3259036194Tc | 287.04 |
| 11/23 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000012151870 Eed:201123 Ind ID:St-P5L5V7N3O6X3 Ind Name:Mmqb Trn: 3282151870Tc | 385.86 |
| 11/23 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000012267341 Eed:201123 Ind ID:St-H1X8N6T2G2J7 Ind Name:Mmqb Trn: 3282267341Tc | 290.03 |
| 11/24 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000014965301 Eed:201124 Ind ID:St-I2E8E7G9I4G3 Ind Name:Mmqb Trn: 3294965301Tc | 287.04 |
| 11/24 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000025008373 Eed:201124 Ind ID:St-W4W2K7X1A5I0 Ind Name:Mmqb Trn: 3295008373Tc | 19.07 |
| 11/24 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000025008379 Eed:201124 Ind ID:St-S3C1S6S6B7Y6 Ind Name:Mmqb Trn: 3295008379Tc | 12.61 |
| 11/25 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000016916702 Eed:201125 Ind ID:St-B7W7I2A5X8W8 Ind Name:Mmqb Trn: 3306916702Tc | 383.87 |
| 11/25 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000027066572 Eed:201125 Ind ID:St-X0G1N7V1G9F7 Ind Name:Mmqb Trn: 3307066572Tc | 38.14 |
| 11/25 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000027066616 Eed:201125 Ind ID:St-W1V6K8M5L5E3 Ind Name:Mmqb Trn: 3307066616Tc | 28.78 |
| 11/27 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000013466770 Eed:201127 Ind ID:St-J6V2T7Z3C3Q7 Ind Name:Mmqb Trn: 3323466770Tc | 385.86 |
| 11/30 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000015058835 Eed:201130 Ind ID:St-X5L7G8K7L7W6 Ind Name:Mmqb Trn: 3355058835Tc | 964.65 |
| 11/30 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000015047001 Eed:201130 Ind ID:St-L3A2W8W5A9H7 Ind Name:Mmqb Trn: 3355047001Tc | 577.07 |
| **Total Deposits and Additions** | | **$6,762.49** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | Recurring Card Purchase 11/12 Int*Quickbooks Online 800-446-8848 CA Card 7957 | $12.50 |
| 11/16 | Card Purchase With Pin 11/14 Racetrac126 Sarasota FL Card 7957 | 23.32 |
| 11/17 | Card Purchase 11/16 Pwp*Privacy.Com Subscr 844-7718229 NY Card 7957 | 5.00 |
| 11/17 | Card Purchase With Pin 11/17 Racetrac2436 Sarasota FL Card 7957 | 18.60 |
| 11/18 | Card Purchase 11/18 Amzn Mktp US*9U8Wf10 Amzn.Com/Bill WA Card 7957 | 28.68 |



November 06, 2020 through November 30, 2020

Account Number: [redacted]2511

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/20 | Card Purchase With Pin 11/20 Barnesnoble 4010 S. Ta Sarasota FL Card 7957 | 32.08 |
| 11/20 | Card Purchase With Pin 11/20 Publix Super Mar 2031 Sarasota FL Card 7957 | 28.64 |
| 11/24 | Card Purchase 11/23 Amazon.Com*Ni3Y75L93 Amzn.Com/Bill WA Card 7957 | 21.39 |
| 11/24 | Card Purchase 11/23 Amazon.Com*Ug2P66Da3 Amzn.Com/Bill WA Card 7957 | 24.00 |
| 11/24 | Card Purchase 11/23 Amazon.Com*Sb3NJ3X43 Amzn.Com/Bill WA Card 7957 | 59.87 |
| 11/25 | Card Purchase 11/25 Unitedhealthcare Part 888-873-6797 CT Card 7957 | 34.20 |
| 11/25 | Card Purchase 11/24 Mcdonald's F33325 Sarasota FL Card 7957 | 13.04 |
| 11/27 | Card Purchase 11/25 Amazon.Com*9E0Z72D23 Amzn.Com/Bill WA Card 7957 | 34.95 |
| 11/27 | Card Purchase 11/25 Amazon.Com*U00W56Sl3 Amzn.Com/Bill WA Card 7957 | 24.72 |
| 11/27 | Card Purchase With Pin 11/27 Wholefds Sar 101 1451 Sarasota FL Card 7957 | 63.18 |
| 11/30 | Card Purchase 11/27 Amazon.Com*3V5A56Bf3 Amzn.Com/Bill WA Card 7957 | 149.79 |
| **Total ATM & Debit Card Withdrawals** | | **$573.96** |

## ATM & DEBIT CARD SUMMARY

| | | |
|---|---|---|
| Michael A Wolf Card 7957 | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $573.96 |
| | Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $573.96 |
| | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/16 | 11/15 Online Transfer To Chk ...7880 Transaction#: 10644202845 | $400.00 |
| 11/19 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000014158689 Eed:201119 Ind ID:St-S7Z0H7O5G5N5 Ind Name:Mmqb Trn: 3244158689Tc | 215.87 |
| 11/23 | 11/23 Online Transfer To Chk ...7880 Transaction#: 10688972786 | 300.00 |
| 11/27 | 11/27 Online Transfer To Chk ...7880 Transaction#: 10710482244 | 200.00 |
| **Total Electronic Withdrawals** | | **$1,115.87** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/17 | Orig CO Name:Check OR Supply Orig ID:1410216800 Desc Date:201113 CO Entry Descr:Order Sec:PPD Trace#:042000018244383 Eed:201117 Ind ID: Ind Name:Mmqb Trn: 3228244383Tc | $10.00 |
| **Total Fees** | | **$10.00** |



November 06, 2020 through November 30, 2020
Account Number: [redacted]2511

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 11/09 | $50.00 | 11/18 | 2,604.37 | 11/24 | 3,204.17 |
| 11/12 | 1,496.52 | 11/19 | 2,388.50 | 11/25 | 3,607.72 |
| 11/13 | 1,484.02 | 11/20 | 2,614.82 | 11/27 | 3,670.73 |
| 11/16 | 1,060.70 | 11/23 | 2,990.71 | 11/30 | 5,062.66 |
| 11/17 | 1,027.10 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 01, 2020 through December 31, 2020
Account Number: [redacted]2511

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00292024 DRE 021 210 00121 NNNNNNNNNNN 1 000000000 64 0000
MICHAEL WOLF
[redacted]
SARASOTA FL 34236-5125

## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,062.66** |
| Deposits and Additions | 28 | 11,050.02 |
| ATM & Debit Card Withdrawals | 24 | -1,222.35 |
| Electronic Withdrawals | 7 | -7,243.67 |
| **Ending Balance** | **59** | **$7,646.66** |

Congratulations, thanks to your qualifying actions, we waived the $15.00 monthly service fee for this statement period.

Here's how your activity can help you avoid the $15.00 monthly service fee: the fee is waived if any of the following is achieved over the statement period:

- Minimum Daily Balance[1] of $2,000.00 or more 11/30/2020 – 12/30/2020
- Spend at least $2,000.00 in purchases using your Chase Ink® Business Card(s)[2]
- Accept deposits of $2,000.00 or more into your Chase Business Complete Checking account through QuickAccept[SM] or other Chase Merchant Services at least one day prior to the last day[3] of your checking account statement period 11/30/2020 – 12/30/2020

Here's a summary of your activity period:

- Minimum Daily Balance[1]: $3,576.33
- Chase Ink® Business Card(s)[2] purchases: $0.00
- QuickAccept and Chase Merchant Services deposits into your account: $0.00

1. Minimum Daily Balance must be maintained as of the beginning of the day for each day of the statement cycle.
2. Based on aggregated spending (minus returns or refunds) where theChase Ink® Business Card(s) share a business entity legal name with the Chase Business Complete Checking account, using each of their most recently completed monthly card billing period(s).
3. The cutoff time on this business day is 7 a.m. Eastern Time. For example, if your monthly bank account cycle ends on November 30,the cutoff for QuickAccept or other Chase Merchant Services account(s) deposits into your Chase Business Complete Checking account is 7 a.m. Eastern Time on November 29

December 01, 2020 through December 31, 2020
Account Number: 2511

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000013053636 Eed:201202 Ind ID:St-O5W1V2M0S8W6 Ind Name:Mmqb Trn: 3373053636Tc | $385.86 |
| 12/02 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000013053457 Eed:201202 Ind ID:St-B3R8G7U0R5Q6 Ind Name:Mmqb Trn: 3373053457Tc | 290.03 |
| 12/02 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000023231501 Eed:201202 Ind ID:St-O9D2R8D3G0R5 Ind Name:Mmqb Trn: 3373231501Tc | 209.77 |
| 12/02 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000023231513 Eed:201202 Ind ID:St-H0E3D1T4Y0X1 Ind Name:Mmqb Trn: 3373231513Tc | 143.90 |
| 12/07 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000016600850 Eed:201207 Ind ID:St-O7G8U6S0J5F0 Ind Name:Mmqb Trn: 3426600850Tc | 2,912.70 |
| 12/08 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000010498610 Eed:201208 Ind ID:St-J5B5K7U2W3Y1 Ind Name:Mmqb Trn: 3430498610Tc | 578.79 |
| 12/08 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000010467582 Eed:201208 Ind ID:St-V1T5B2V2R4I4 Ind Name:Mmqb Trn: 3430467582Tc | 223.03 |
| 12/08 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000021009711 Eed:201208 Ind ID:St-R4S4H5R0R0O8 Ind Name:Mmqb Trn: 3431009711Tc | 57.01 |
| 12/14 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000017223794 Eed:201214 Ind ID:St-I1Z0O3X9O8B5 Ind Name:Mmqb Trn: 3497223794Tc | 803.09 |
| 12/14 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000017033825 Eed:201214 Ind ID:St-U5P3E6T9S2C6 Ind Name:Mmqb Trn: 3497033825Tc | 385.86 |
| 12/14 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000027751637 Eed:201214 Ind ID:St-V1H3W3S2F9X5 Ind Name:Mmqb Trn: 3497751637Tc | 315.33 |
| 12/15 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000014814596 Eed:201215 Ind ID:St-N1Q2W3Y5M4U5 Ind Name:Mmqb Trn: 3504814596Tc | 769.73 |
| 12/15 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000015206024 Eed:201215 Ind ID:St-N5L2Z3X8K2G0 Ind Name:Mmqb Trn: 3505206024Tc | 290.03 |
| 12/15 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000025318902 Eed:201215 Ind ID:St-H1K0P7S8G4R4 Ind Name:Mmqb Trn: 3505318902Tc | 152.61 |
| 12/17 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000017798804 Eed:201217 Ind ID:St-P2M2V0Z4Z2P9 Ind Name:Mmqb Trn: 3527798804Tc | 192.93 |
| 12/17 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000027432710 Eed:201217 Ind ID:St-X8A5Z5W8H5S4 Ind Name:Mmqb Trn: 3527432710Tc | 19.07 |
| 12/18 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000028636697 Eed:201218 Ind ID:St-D5J2P6B9W3W2 Ind Name:Mmqb Trn: 3538636697Tc | 85.99 |
| 12/21 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000011573308 Eed:201221 Ind ID:St-F0L0J2O5W0H8 Ind Name:Mmqb Trn: 3561573308Tc | 867.10 |
| 12/21 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000011533720 Eed:201221 Ind ID:St-J2E6T3M1G7J7 Ind Name:Mmqb Trn: 3561533720Tc | 578.79 |
| 12/21 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000022084827 Eed:201221 Ind ID:St-V9U3N9L8K9J7 Ind Name:Mmqb Trn: 3562084827Tc | 57.21 |



December 01, 2020 through December 31, 2020
Account Number: [redacted]2511

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000024562915 Eed:201222 Ind ID:St-R5R7H1W9B6K4 Ind Name:Mmqb Trn: 3574562915Tc | 143.55 |
| 12/23 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000019257838 Eed:201223 Ind ID:St-S4Z0G4X6I7Z9 Ind Name:Mmqb Trn: 3589257838Tc | 192.93 |
| 12/23 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000029573608 Eed:201223 Ind ID:St-P7G3G2G5B4T0 Ind Name:Mmqb Trn: 3589573608Tc | 57.56 |
| 12/24 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000015317141 Eed:201224 Ind ID:St-M4L2D4U6P0K6 Ind Name:Mmqb Trn: 3595317141Tc | 192.93 |
| 12/24 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000025460653 Eed:201224 Ind ID:St-I1H5M5N0P3U7 Ind Name:Mmqb Trn: 3595460653Tc | 28.78 |
| 12/30 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000013012322 Eed:201230 Ind ID:St-Q1H4F8Q6P4V8 Ind Name:Mmqb Trn: 3653012322Tc | 576.80 |
| 12/30 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000013012315 Eed:201230 Ind ID:St-X7N0Y6O0U5T5 Ind Name:Mmqb Trn: 3653012315Tc | 290.03 |
| 12/30 | Orig CO Name:Stripe Orig ID:4270465600 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:111000022908482 Eed:201230 Ind ID:St-U5O9S6M9Q5V2 Ind Name:Mmqb Trn: 3652908482Tc | 248.61 |
| **Total Deposits and Additions** | | **$11,050.02** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | Card Purchase 11/30 Amazon.Com*Dh7Cv8Jn3 Amzn.Com/Bill WA Card 7957 | $37.43 |
| 12/02 | Card Purchase 12/01 Pwp*Privacy.Com Busine 844-7718229 NY Card 7957 | 10.00 |
| 12/02 | Card Purchase 12/01 Tommys Exp Cw-FL08 Sarasota FL Card 7957 | 8.00 |
| 12/07 | Card Purchase With Pin 12/06 Wholefds Sar 101 1451 Sarasota FL Card 7957 | 51.18 |
| 12/08 | Card Purchase With Pin 12/08 Wholefds Sar 101 1451 Sarasota FL Card 7957 | 25.63 |
| 12/09 | Card Purchase 12/08 Tommys Exp Cw-FL08 Sarasota FL Card 7957 | 8.00 |
| 12/09 | Card Purchase With Pin 12/09 Geier's Sausage Kitche Sarasota FL Card 7957 | 23.38 |
| 12/11 | Card Purchase 12/10 Amzn Mktp US*Q89352U Amzn.Com/Bill WA Card 7957 | 45.00 |
| 12/14 | Card Purchase 12/11 Amzn Mktp US*Hx3Tt3G Amzn.Com/Bill WA Card 7957 | 21.99 |
| 12/14 | Card Purchase 12/14 Amazon.Com*8Q70I95R3 Amzn.Com/Bill WA Card 7957 | 71.64 |
| 12/14 | Card Purchase 12/13 Amzn Mktp US*BW4WV5T Amzn.Com/Bill WA Card 7957 | 199.99 |
| 12/14 | Card Purchase With Pin 12/14 Costco Whse #1123 Sarasota FL Card 7957 | 186.88 |
| 12/14 | Card Purchase With Pin 12/14 Costco Whse #1123 Sarasota FL Card 7957 | 1.61 |
| 12/14 | Recurring Card Purchase 12/13 Topaz Labs Software Topazlabs.Com TX Card 7957 | 99.99 |
| 12/14 | Recurring Card Purchase 12/12 Int*Quickbooks Online 800-446-8848 CA Card 7957 | 12.50 |
| 12/16 | Card Purchase 12/15 Tommys Express Httpswww.Tomm MI Card 7957 | 22.00 |
| 12/18 | Card Purchase 12/17 Circo 941-2530978 FL Card 7957 | 96.86 |
| 12/21 | Card Purchase With Pin 12/19 Wholefds Sar 101 1451 Sarasota FL Card 7957 | 47.85 |
| 12/21 | Card Purchase With Pin 12/20 Wholefds Sar 101 1451 Sarasota FL Card 7957 | 64.22 |
| 12/28 | Card Purchase With Pin 12/27 Wholefds Sar 101 1451 Sarasota FL Card 7957 | 61.21 |
| 12/28 | Card Purchase With Pin 12/28 Wawa 5217 Sarasota FL Card 7957 | 23.00 |
| 12/29 | Card Purchase With Pin 12/29 Cakes By Ron Sarasota FL Card 7957 | 67.00 |
| 12/30 | Card Purchase 12/29 Nellies Sarasota FL Card 7957 | 25.00 |
| 12/31 | Card Purchase 12/31 Amazon.Com*8X5Gp1NH3 Amzn.Com/Bill WA Card 7957 | 11.99 |
| **Total ATM & Debit Card Withdrawals** | | **$1,222.35** |



December 01, 2020 through December 31, 2020
Account Number: [redacted]2511

## ATM & DEBIT CARD SUMMARY

Michael A Wolf Card 7957

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,222.35 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,222.35 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | Orig CO Name:Arcos Opdaca Orig ID:1861072180 Desc Date:201201 CO Entry Descr:Rent Sec:Web Trace#:124000056429739 Eed:201202 Ind ID:120621693 Ind Name:Mmqb | $2,460.46 |
| 12/07 | Orig CO Name:Unitedhealthcare Orig ID:1836282001 Desc Date: CO Entry Descr:Premium Sec:Web Trace#:021000024728559 Eed:201207 Ind ID:3425550781 Ind Name:Wolf M Trn: 3424728559Tc | 176.25 |
| 12/11 | 12/11 Online Transfer To Chk ...7880 Transaction#: 10797894661 | 1,000.00 |
| 12/21 | Quickpay With Zelle Payment To Peter Wolf Jpm495082025 | 2,500.00 |
| 12/22 | 12/22 Online Transfer To Chk ...7880 Transaction#: 10864057016 | 1,000.00 |
| 12/29 | Orig CO Name:Fpl Direct Debit Orig ID:3590247775 Desc Date:12/20 CO Entry Descr:Elec Pymt Sec:Web Trace#:111000014450700 Eed:201229 Ind ID:4842986087 Webi Ind Name:Scott Wolf | 72.01 |
| 12/29 | Orig CO Name:Stripe Orig ID:1800948598 Desc Date: CO Entry Descr:Transfer Sec:CCD Trace#:091000013964357 Eed:201229 Ind ID:St-Y2F3B9P3D9C7 Ind Name:Mmqb Trn: 3643964357Tc | 34.95 |
| **Total Electronic Withdrawals** | | **$7,243.67** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 12/01 | $5,025.23 | 12/15 | 8,140.47 | 12/23 | 6,604.67 |
| 12/02 | 3,576.33 | 12/16 | 8,118.47 | 12/24 | 6,826.38 |
| 12/07 | 6,261.60 | 12/17 | 8,330.47 | 12/28 | 6,742.17 |
| 12/08 | 7,094.80 | 12/18 | 8,319.60 | 12/29 | 6,568.21 |
| 12/09 | 7,063.42 | 12/21 | 7,210.63 | 12/30 | 7,658.65 |
| 12/11 | 6,018.42 | 12/22 | 6,354.18 | 12/31 | 7,646.66 |
| 12/14 | 6,928.10 | | | | |



December 01, 2020 through December 31, 2020
Account Number: [redacted]2511

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**



December 01, 2020 through December 31, 2020
Account Number: [redacted]2511

This Page Intentionally Left Blank

Page 6 of 6