# Exhibit 11F
REDACTED

# Form 1040-SR — U.S. Tax Return for Seniors (2020)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box):
- [x] Single
- [ ] Married filing jointly
- [ ] Married filing separately (MFS)
- [ ] Head of household (HOH)
- [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Field | Value |
|---|---|
| Your first name and middle initial | Michael A |
| Last name | Wolf |
| Your social security number | ███-██-1455 |
| If joint return, spouse's first name and middle initial | |
| Last name | |
| Spouse's social security number | |
| Home address (number and street) | ███████ |
| Apt. no. | ██ |
| City, town or post office | Sarasota |
| State | FL |
| ZIP code | 34236 |

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You  [ ] Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? ▶ [ ] Yes  [x] No

**Standard Deduction**
Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
- You: [x] Were born before January 2, 1956  [ ] Are blind
- Spouse: [ ] Was born before January 2, 1956  [ ] Is blind

**Dependents** (see instructions): none listed

| Line | Description | Amount a | Amount b |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | |
| 2a / 2b | Tax-exempt interest / Taxable interest | | |
| 3a / 3b | Qualified dividends / Ordinary dividends | | |
| 4a / 4b | IRA distributions / Taxable amount | | |
| 5a / 5b | Pensions and annuities / Taxable amount | | |
| 6a / 6b | Social security benefits / Taxable amount | 28,759 | 21 |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | |
| 8 | Other income from Schedule 1, line 9 | | 11,661 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | | 11,682 |
| 10 | Adjustments to income: | | |
| 10a | From Schedule 1, line 22 | 1,000 | |
| 10b | Charitable contributions if you take the standard deduction. See instructions | | |
| 10c | Add lines 10a and 10b. These are your **total adjustments to income** ▶ | | 1,000 |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** ▶ | | 10,682 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
EEA
Form **1040-SR** (2020)

Form 1040-SR (2020)   Michael A Wolf                                                                    ▮-1455   Page **2**

| | | | | |
|---|---|---|---|---|
| **Standard Deduction** See *Standard Deduction Chart* on the last page of this form. | 12 | **Standard deduction or itemized deductions** (from Schedule A) . . . . . . . . . | 12 | 14,050 |
| | 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . . | 13 | |
| | 14 | Add lines 12 and 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | 14,050 |
| | 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . . . . | 15 | 0 |
| | 16 | **Tax** (see instructions). Check if any from: | | |
| | | 1 ☐ Form(s) 8814   2 ☐ Form 4972   3 ☐ _____ . . . . . . . . . . . | 16 | 0 |
| | 17 | Amount from Schedule 2, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| | 18 | Add lines 16 and 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 0 |
| | 19 | Child tax credit or credit for other dependents . . . . . . . . . . . . . . . . . . . | 19 | |
| | 20 | Amount from Schedule 3, line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| | 21 | Add lines 19 and 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | 0 |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- . . . . . . . . . . . . . . | 22 | 0 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 . . . . . . . | 23 | 1,647 |
| | 24 | Add lines 22 and 23. This is your **total tax** . . . . . . . . . . . . . . . . . . . ▶ | 24 | 1,647 |
| | 25 | Federal income tax withheld from: | | |
| | a | Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . .   25a | | |
| | b | Form(s) 1099 . . . . . . . . . . . . . . . . . . . . . . . .   25b | | |
| | c | Other forms (see instructions) . . . . . . . . . . . . . . .   25c | | |
| | d | Add lines 25a through 25c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25d | |
| • If you have a qualifying child, attach Sch. EIC. • If you have nontaxable combat pay, see instructions. | 26 | 2020 estimated tax payments and amount applied from 2019 return . . . . . . . | 26 | |
| | 27 | Earned income credit (EIC)   **NO** . . . . . . . . . . . . . . . . . .   27 | | |
| | 28 | Additional child tax credit. Attach Schedule 8812 . . . . . .   28 | | |
| | 29 | American opportunity credit from Form 8863, line 8 . . . . .   29 | | |
| | 30 | Recovery rebate credit. See instructions . . . . . . . . . . .   30 | 0 | |
| | 31 | Amount from Schedule 3, line 13 . . . . . . . . . . . . . . .   31 | | |
| | 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 32 | 0 |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** . . . . . . . . . . . ▶ | 33 | 0 |

Go to *www.irs.gov/Form1040SR* for instructions and the latest information.                               Form **1040-SR** (2020)
EEA

Form 1040-SR (2020)　Michael A Wolf　　　　　　　　　　　　　　　　　1455　Page 3

| | | | | |
|---|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** ................................ | 34 | |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | |
| Direct deposit? See instructions. | ▶ b | Routing number ▭▭▭▭▭▭▭▭▭ ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number ▭▭▭▭▭▭▭▭▭▭▭▭▭ | | |
| | 36 | Amount of line 34 you want **applied to your 2021 estimated tax** ............. ▶ | 36 | |
| **Amount You Owe** For details on how to pay, see instructions | 37 | Subtract line 33 from line 24. This is the **amount you owe now** ......... ▶ | 37 | 1,647 |
| | | Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details. | | |
| | 38 | Estimated tax penalty (see instructions) ......... ▶ | 38 | |

**Third Party Designee**　Do you want to allow another person to discuss this return with the IRS? See instructions ................................ ▶　☐ **Yes.** Complete below.　☒ **No**

Designee's name ▶　　　　　　　　Phone no. ▶　　　　Personal identification number (PIN) ▶ ▭▭▭▭▭

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature ▶ | Date | Your occupation Publisher | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▭▭▭▭▭▭ |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▭▭▭▭▭▭ |

Phone no.　847-309-5394　　Email address

**Paid Preparer Use Only**

| Preparer's signature | | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Preparer's name | | | | Phone no. |
| Firm's name ▶ | | | | |
| Firm's address ▶ | | | | Firm's EIN ▶ |

Go to *www.irs.gov/Form1040SR* for instructions and the latest information.　　　　Form **1040-SR** (2020)
EEA

| SCHEDULE 1 (Form 1040) | Additional Income and Adjustments to Income | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1040, 1040-SR, or 1040-NR. ▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | **2020** Attachment Sequence No. **01** |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Michael A Wolf | ███-██-1455 |

### Part I — Additional Income

| | | | |
|---|---|---|---:|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | |
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | 11,661 |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |
| 8 | Other income. List type and amount ▶ | 8 | |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040, 1040-SR, or 1040-NR line 8 | 9 | 11,661 |

### Part II — Adjustments to Income

| | | | |
|---|---|---|---:|
| 10 | Educator expenses | 10 | |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 11 | |
| 12 | Health savings account deduction. Attach Form 8889 | 12 | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 13 | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE | 14 | 824 |
| 15 | Self-employed SEP, SIMPLE, and qualified plans | 15 | |
| 16 | Self-employed health insurance deduction | 16 | 176 |
| 17 | Penalty on early withdrawal of savings | 17 | |
| 18a | Alimony paid | 18a | |
| b | Recipient's SSN ▶ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 19 | IRA deduction | 19 | |
| 20 | Student loan interest deduction | 20 | |
| 21 | Tuition and fees deduction. Attach Form 8917 | 21 | |
| 22 | Add lines 10 through 21. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10a | 22 | 1,000 |

For Paperwork Reduction Act Notice, see your tax return instructions. Schedule 1 (Form 1040) 2020
EEA

| SCHEDULE 2 (Form 1040) | Additional Taxes | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ► Attach to Form 1040, 1040-SR, or 1040-NR.<br>► Go to *www.irs.gov/Form1040* for instructions and the latest information. | **2020**<br>Attachment<br>Sequence No. 02 |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| Michael A Wolf | ███-██-1455 |

### Part I — Tax

| | | | |
|---|---|---|---:|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . . . . . . . . . . | 2 | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . . . . . . | 3 | 0 |

### Part II — Other Taxes

| | | | |
|---|---|---|---:|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 1,647 |
| 5 | Unreported social security and Medicare tax from Form:    a ☐ 4137    b ☐ 8919 . | 5 | |
| 6 | Additional tax on IRAs, other qualified retirement plans, and other tax-favored accounts. Attach Form 5329 if required . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7a | Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7a | |
| b | Repayment of first-time homebuyer credit from Form 5405. Attach Form 5405 if required . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7b | |
| 8 | Taxes from:    a ☐ Form 8959    b ☐ Form 8960<br>               c ☐ Instructions; enter code(s) _____ | 8 | |
| 9 | Section 965 net tax liability installment from Form 965-A . . . . . . . . .   9 | | |
| 10 | Add lines 4 through 8. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | 1,647 |

For Paperwork Reduction Act Notice, see your tax return instructions.               Schedule 2 (Form 1040) 2020
EEA

| SCHEDULE C (Form 1040) | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Sole Proprietorship) ▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information. ▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065. | 2020 Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| Michael A Wolf | ▓▓▓-▓▓-1455 |

| A | Principal business or profession, including product or service (see instructions) Newsletter | B Enter code from instructions ▶ 519100 |
|---|---|---|
| C | Business name. If no separate business name, leave blank. Michael Wolf DBA MMQB | D Employer ID number (EIN) (see instr.) ▓▓-▓▓▓0517 |
| E | Business address (including suite or room no.) ▶ ▓▓▓▓▓▓▓▓▓▓ City, town or post office, state, and ZIP code   Sarasota, FL 34236 | |
| F | Accounting method:   (1) ☐ Cash   (2) ☒ Accrual   (3) ☐ Other (specify) ▶ | |
| G | Did you "materially participate" in the operation of this business during 2020? If "No," see instructions for limit on losses . . . . | ☒ Yes ☐ No |
| H | If you started or acquired this business during 2020, check here . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | ☒ |
| I | Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . . . | ☒ Yes ☐ No |
| J | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ Yes ☐ No |

**Part I   Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . . . . . . . ▶ ☐ | 1 | 17,813 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 251 |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 17,562 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 17,562 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 17,562 |

**Part II   Expenses.** Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . . . . . | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . . . . . . | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . . . . | 10 | | a | Vehicles, machinery, and equipment . | 20a | |
| 11 | Contract labor (see instructions) | 11 | 2,500 | b | Other business property . . . . | 20b | 1,230 |
| 12 | Depletion . . . . . . . . . . . | 12 | | 21 | Repairs and maintenance . . . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . . . | 13 | | 22 | Supplies (not included in Part III) | 22 | 410 |
| | | | | 23 | Taxes and licenses . . . . . . | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . . . . | 14 | | a | Travel . . . . . . . . . . . . | 24a | |
| | | | | b | Deductible meals (see instructions) . . . . . . . . . . | 24b | 49 |
| 15 | Insurance (other than health) . . | 15 | | | | | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . . . . . | 25 | 72 |
| a | Mortgage (paid to banks, etc.) . | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other . . . . . . . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | 115 |
| 17 | Legal and professional services | 17 | 25 | b | Reserved for future use . . . . | 27b | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . . . . . ▶ | | | | | 28 | 4,401 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . | | | | | 29 | 13,161 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____1,100_____ and (b) the part of your home used for business: _____300_____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . . . . . . . | | | | | 30 | 1,500 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | | | | | 31 | 11,661 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | | | | 32a ☐ All investment is at risk. 32b ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**                                            Schedule C (Form 1040) 2020

EEA

Schedule C (Form 1040) 2020     Newsletter 519100     Page **2**

Name(s): Michael A Wolf     SSN: ▮▮▮-▮▮-1455

| Part III | Cost of Goods Sold (see instructions) |
|---|---|

33   Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation    ☐ Yes   ☐ No

| # | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation. | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | |

| Part IV | Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43   When did you place your vehicle in service for business purposes? (month/day/year) ▶ _____

44   Of the total number of miles you drove your vehicle during 2020, enter the number of miles you used your vehicle for:

   **a** Business _____   **b** Commuting (see instructions) _____   **c** Other _____

45   Was your vehicle available for personal use during off-duty hours?    ☐ Yes   ☐ No

46   Do you (or your spouse) have another vehicle available for personal use?    ☐ Yes   ☐ No

47a   Do you have evidence to support your deduction?    ☐ Yes   ☐ No

   **b**   If "Yes," is the evidence written?    ☐ Yes   ☐ No

| Part V | Other Expenses. List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| Description | Amount |
|---|---|
| Software Licenses | 100 |
| Subscriptions | 15 |
| | |
| | |
| | |
| | |
| | |
| | |
| 48   **Total other expenses.** Enter here and on line 27a | 115 |

| SCHEDULE SE<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Self-Employment Tax<br>▶ Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.<br>▶ Attach to Form 1040, 1040-SR, or 1040-NR. | OMB No. 1545-0074<br>**2020**<br>Attachment<br>Sequence No. **17** |
|---|---|---|

Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR): Michael A Wolf

Social security number of person with **self-employment** income ▶ ████-1455

### Part I  Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income,** see instructions for how to report your income and the definition of church employee income.

**A**  If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I . . . . . . . . . . . . . . . ▶ ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---:|
| 1 a | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A | 1a | |
| b | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | 1b | ( ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---:|
| 2 | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | 2 | 11,661 |
| 3 | Combine lines 1a, 1b, and 2 | 3 | 11,661 |
| 4 a | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 | 4a | 10,769 |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| b | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here. | 4b | |
| c | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue ▶ | 4c | 10,769 |
| 5 a | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income    5a | | |
| b | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0- | 5b | |
| 6 | Add lines 4c and 5b | 6 | 10,769 |
| 7 | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2020 | 7 | 137,700 |
| 8 a | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $137,700 or more, skip lines 8b through 10, and go to line 11    8a | | |
| b | Unreported tips subject to social security tax from Form 4137, line 10    8b | | |
| c | Wages subject to social security tax from Form 8919, line 10    8c | | |
| d | Add lines 8a, 8b, and 8c | 8d | |
| 9 | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11 ▶ | 9 | 137,700 |
| 10 | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124) | 10 | 1,335 |
| 11 | Multiply line 6 by 2.9% (0.029) | 11 | 312 |
| 12 | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4** | 12 | 1,647 |
| 13 | Deduction for one-half of self-employment tax.<br>Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 14**    13    824 | | |

### Part II  Optional Methods To Figure Net Earnings  (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $8,460, **or (b)** your net farm profits[2] were less than $6,107.

| | | | |
|---|---|---|---:|
| 14 | Maximum income for optional methods | 14 | 5,640 |
| 15 | Enter the **smaller** of: two-thirds (2/3) of gross farm income[1] (not less than zero) **or** $5,640. Also, include this amount on line 4b above | 15 | |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $6,107 and also less than 72.189% of your gross nonfarm income, **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---:|
| 16 | Subtract line 15 from line 14 | 16 | |
| 17 | Enter the **smaller** of: two-thirds (2/3) of gross nonfarm income (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above | 17 | |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34, and Sch. K-1 (Form 1065), box 14, code A-minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

**For Paperwork Reduction Act Notice, see your tax return instructions.**    Schedule SE (Form 1040) 2020
EEA

Schedule SE (Form 1040) 2020  Michael A Wolf    Attachment Sequence No. 17   1455  Page 2

| Part III | Maximum Deferral of Self-Employment Tax Payments | | |
|---|---|---|---|
| | If line 4c is zero, skip lines 18 through 20, and enter -0- on line 21. | | |
| 18 | Enter the portion of line 3 that can be attributed to March 27, 2020, through December 31, 2020 | 18 | |
| 19 | If line 18 is more than zero, multiply line 18 by 92.35% (0.9235); otherwise, enter the amount from line 18 | 19 | |
| 20 | Enter the portion of lines 15 and 17 that can be attributed to March 27, 2020, through December 31, 2020 | 20 | |
| 21 | Combine lines 19 and 20 | 21 | |
| | If line 5b is zero, skip line 22 and enter -0- on line 23. | | |
| 22 | Enter the portion of line 5a that can be attributed to March 27, 2020, through December 31, 2020 | 22 | |
| 23 | Multiply line 22 by 92.35% (0.9235) | 23 | |
| 24 | Add lines 21 and 23 | 24 | |
| 25 | Enter the smaller of line 9 or line 24 | 25 | |
| 26 | Multiply line 25 by 6.2% (0.062). Enter here and see the instructions for line 12e of Schedule 3 (Form 1040) | 26 | |

EEA                                                              Schedule SE (Form 1040) 2020