# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

N. Neville Reid

                                Plaintiff,

v.                                                                 Case No.: 1:19–cv–01978
                                                                      Honorable John J. Tharp Jr.

Michael Wolf, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion for an extension of time to file his reply in support of his motion for turnover [103] is granted. The plaintiff's deadline to file his reply brief in support of his motion for turnover is now 2/13/2025 and may be filed in conjunction with his response to Mr. Wolf's motion to dismiss supplementary proceedings [101]. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.