**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

N. Neville Reid
        Plaintiff,

v.                 Case No.: 1:19–cv–01978
                Honorable John J. Tharp Jr.

Michael Wolf, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 21, 2025:

  MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion to extend [113] is granted. The deadline to file a reply brief in support of the motion for order of contempt against Michael Wolf is continued to 3/27/25. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.