





# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re MICHAEL WOLF,<br>Debtor.<br><br>N. NEVILLE REID, not individually,<br>but solely in his capacity as Chapter 7 Trustee,<br>Plaintiff,<br>v.<br>MMQB, INC., MICHAEL WOLF,<br>SCOTT WOLF, et al.,<br>Defendants. | Case No.<br>19-cv-01978<br>Judge John J. Tharp,<br>Jr. |

## NOTICE OF COMPLIANCE

Defendant Michael Wolf, appearing pro se, hereby provides notice of compliance with the Court's April 24, 2026 Order.

1. On May 5, 2026, Mr. Wolf produced to the Chapter 7 Trustee the subscriber list and advertiser list associated with mmqb.io, to the extent such materials exist within his possession, custody, or control.

2. Mr. Wolf further states that he has previously conducted a diligent search and has produced all other documents within his possession, custody, or control that are responsive to the Trustee's citation to discover assets.

3. Mr. Wolf submits that, with the above production, he has complied with the Court's April 24, 2026 Order.

WHEREFORE, Mr. Wolf respectfully submits this Notice of Compliance.

Respectfully submitted,

/s/ Michael Wolf
Michael Wolf
11509 Gramercy Park Ave
Bradenton, FL 34211
Pro Se Defendant

Dated: May 5, 2026

**CERTIFICATE OF SERVICE**

I, Michael Wolf, certify that on May 5, 2026, a copy of the foregoing Notice of Compliance was served upon Dan Dawson, Nisen & Elliott, LLC, 180 N. LaSalle Street, Suite 3600, Chicago, Illinois 60601; N. Neville Reid, Chapter 7 Trustee; and all parties of record via the Court's CM/ECF system or by U.S. Mail where required.

/s/ Michael Wolf